**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA, et al.,

    Plaintiffs,

v.                                                       Case No. 09-12851

JOAK AMERICAN HOMES, INC., et al.,

    Defendant.
                                                     /

**ORDER REQUIRING RESPONSE**

On July 18, 2011, the court reopened the above-captioned matter and unsealed the complaint and the Government's election to decline intervention. On the same day, Plaintiff moved to voluntarily dismiss the action. Pursuant to 31 U.S.C. § 3730(b)(1), "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Accordingly,

IT IS ORDERED that the Government file a response stating whether it consents to the voluntary dismissal without prejudice of this action on or before **July 28, 2011**. If the Government consents, its response must comply with 31 U.S.C. § 3730(b)(1).

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: July 22, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 22, 2011, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522